NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ARRIS GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**BRITISH TELECOMMUNICATIONS PLC,**
*Defendant-Appellee.*

---

2010-1292

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 09-CV-0671, Judge Charles A. Pannell, Jr.

---

**ON MOTION**

---

## ORDER

Upon consideration of the parties' joint motion to accept the submitted "Joint Confidential Appendix" as a confidential version of the appendix,

IT IS ORDERED THAT:

The motion is granted and the confidential version of the appendix is accepted for filing.

FOR THE COURT

**OCT 2 7 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John M. DiMatteo, Esq.
     James H. Shalek, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2010**

**JAN HORBALY**
**CLERK**